**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

VIVIAN L. MEDINILLA
JUDGE

LEONARD L. WILLIAMS JUSTICE CENTER
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
TELEPHONE (302) 255-0626

November 15, 2019

Kevin Boone
SBI #00658955
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, DE 19802

**Re:** *State v. Kevin Boone*, **I.D. No. 1305018893**

Dear Mr. Boone:

On August 15, 2019, you filed a Motion to "File Charges on Probation Officer Leo Matkins." The Court cannot order the filing of charges as you request. Your caption also reads that you are a "Movant" against the State of Delaware as "respondent." This suggests you seek civil remedies yet the claims are unclear and you fail to state a claim for relief under Superior Court Civil Rule 12(b)(6).

Your motion is **DENIED**.

Vivian L. Medinilla
Judge

oc: Prothonotary
cc: Defendant
Department of Justice
Investigative Services